UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GUY RASMUSSEN,<br><br>               Petitioner,<br><br>    v.<br><br>RICHARD MORGAN,<br><br>               Respondent. | Case No.  C04-5448RJB<br><br>ORDER |

    Petitioner has filed an appropriate second status report as directed by the court. Having reviewed the status report, the court finds and orders as follows:

    1. The court finds it would be appropriate to continue to stay this matter a reasonable amount of time to allow time for a decision to be made by the Washington State Supreme Court on petitioner's motion for discretionary review.

    2. Accordingly, the court directs petitioner to serve and file a final status report **by not later than March 30, 2006**, again stating the current status of those matters/cases (including state cause numbers) in which he is pursuing his state remedies.

    3. The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

    DATED this 23rd day of January, 2006.

                                          */s/ J. Kelley Arnold*
                                          J. Kelley Arnold
                                          United States Magistrate Judge