UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GUY M RASMUSSEN,,

           Petitioner,

    v.

RICHARD MORGAN,

           Respondent.

Case No.  C04-5448RJB

ORDER GRANTING
RESPONDENT'S MOTIONS
FOR AN EXTENSION OF TIME

    This matter is before the court on respondent's motion for an extension of time to file a an answer to the petition (Doc. 33).  After reviewing the motion and the remaining record, the court orders as follows.

    (l) Respondent's motion for an extension of time is **GRANTED.  The court grants respondent an extension until August 24, 2006 to file an answer to the petition.**

    (2)    The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

DATED this 27th day of July, 2006.

                        */s/  J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge

ORDER
Page - 1